IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., | CV 24–85–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| WARNER CONSTRUCTION, INC., THERESE PRIMM, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MORGAN PRIMM, and SCOTT PRIMM, INDIVIDUALLY | |
| Defendants. | |

The Parties have filed a stipulated motion to dismiss in this matter. (Doc. 55.) For good cause showing,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE with each party to pay its own attorneys' fees and costs. The Clerk of Court is directed to close this case file.

DATED this 16th day of July, 2025.

Dana L. Christensen, District Judge
United States District Court

1